UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHARLENE FORTUNE                                     CIVIL ACTION

VERSUS                                               NO. 06-2156

JO ANNE B. BARNHARDT,                                SECTION "R"(1)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

### ORDER

The Court, having reviewed *de novo* the complaint, the motion, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of any party to file objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

IT IS ORDERED that plaintiff's motion for summary judgment is GRANTED in part and DENIED in part and that defendant's motion for summary judgment is DENIED. IT IS FURTHER ORDERED that this matter be REMANDED to the administrative law judge for further development of the record as discussed in the Magistrate Judge's Report and Recommendation.

New Orleans, Louisiana, this 24th day of April, 2007.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE